```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
                                        :
UNITED STATES OF AMERICA                :
                                        :
     -against-                          :         ORDER
                                        :
                                        :
                                        :         00-cr-1118-JSR-19
                                        :         ─────────────────
Americo Massa                           :             Docket #
----------------------------------------x
```

**Jed S. Rakoff**, **DISTRICT JUDGE**:
_Judge's Name_

The C.J.A. attorney assigned to receive cases on this day, **John A. Diaz** is hereby ordered to assume representation of the defendant in the above captioned matter, NUNC-PRO-TUNC _____.

**SO ORDERED.**

_/s/ Jed S. Rakoff_
**UNITED STATES DISTRICT JUDGE**

Dated:   New York, New York
         12/23/20